DNJ-CR-022 Order Regarding Use of Video Conferencing/Teleconferencing (Rev. 10/2021)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      *

                              *

     v.                       *      MAG. NO.    23- 1117

                              *

GUY PERDON                *

                              *****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with the operative COVID-19 Standing Orders, this Court finds:

[✓] That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

The proceeding(s) held on this date may be conducted by:

[✓] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

     [ ] The Defendant (or the Juvenile) is detained at a facility lacking video

teleconferencing capability.

     [ ] Other:

Date:  Oct 11, 2023                        /s/ Tonianne J. Bongiovanni

                                                Honorable Tonianne J. Bongiovanni
                                                United States Magistrate Judge